606 A.2d 898

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**George KIRSCH, Appellee.**

Supreme Court of Pennsylvania.

Argued March 12, 1992.

Decided May 15, 1992.

Robert E. Colville, Dist. Atty., Claire C. Capristo, Deputy Dist. Atty., Kemal A. Mericli, Michael W. Streily, Asst. Dist. Atty., Pittsburgh, for appellant.

Lester G. Nauhaus, Public Defender, Suzanne M. Swan, Asst. Public Defender, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.